IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DEEDRA LORRAINE THOMPSON,

v.  CIVIL ACTION NO. 2:17-cv-01983

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

ORDER

This action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On October 4, 2017, Judge Aboulhosn submitted his Proposed Findings & Recommendation [ECF No. 22] ("PF&R") and recommended that the court **DENY** the claimant's request for judgment on the pleadings [ECF No. 17], **GRANT** the defendant's request to affirm the decision below [ECF No. 20], **AFFIRM** the final decision of the Commissioner, and **DISMISS** this matter from the court's docket. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn,* 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court accepts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** the claimant's request for judgment on the pleadings [ECF No. 17], **GRANTS** the defendant's request to affirm the decision below [ECF No. 20], **AFFIRMS** the final decision of the Commissioner, **DISMISSES** the case **with prejudice**, and **DIRECTS** this action to be removed from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 26, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE